UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA *ex rel.*
GNGH2 Inc.,

        Plaintiff

-against-   **ORDER**

HAMASPIK OF KINGS   21-CV-00948 (PMH)
COUNTY, INC., et al.,

        Defendants.

---

IT IS HEREBY ORDERED, that, pursuant to the Court's January 28, 2025 Order, the relator's *qui tam* complaint in this action (Doc. 1), the Court's January 28, 2025 Order (part of Doc. 8), and the Government's Notice of Election to Decline Intervention (Doc. 9) shall be unsealed.

Upon the unsealing of the complaint, the seal shall be lifted as to all other matters occurring in this action subsequent to the entry of this Order.

SO ORDERED:

Dated: White Plains, New York
      May 1, 2025

                                                          _____
                                                          Philip M. Halpern
                                                          United States District Judge