UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA, ex rel.
GNGH2 INC.,

               Plaintiff,

v.

HAMASPIK OF KINGS COUNTY, INC., et al.,

               Defendants.
-------------------------------------------------------------x

**ORDER**

21-CV-00948 (PMH)

PHILIP M. HALPERN, United States District Judge:

On May 6, 2025, the Plaintiff-Relator, GNGH2 Inc., filed a Notice of Voluntary Dismissal, notifying the Court therein that "the United States has consented to this dismissal." (Doc. 15).

Pursuant to 31 U.S.C. § 3730(b)(1), a relator may maintain its action in the name of the Government; however, the action "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." As of the date of this Order, there is no indication in the record whether Plaintiff-Relator has received written consent of the Government to the dismissal of this action.

Accordingly, Plaintiff-Relator shall, **by May 12, 2025**, either: 1) solicit and file on the docket the written consent of the Government to the dismissal of this action, and then file a Proposed Order dismissing the action for consideration by the Court; or 2) file a letter updating the Court on the status of this action.

**SO ORDERED:**

Dated: White Plains, New York
       May 7, 2025

_____
Hon. Philip M. Halpern
United States District Judge