United States District Court
Southern District of New York
_____
                                                  )
United States of America ex rel.    )
GNGH2 Inc.,                                  )
                                                  )
              Plaintiff-Relator,     )
                                                 )
        - against -                  )    Index No.: 21-CV-00948 (PMH)
                                               )
HAMASPIK OF KINGS COUNTY, INC.;  )
et al.                                        )
                 Defendants.       )
_____)

### Order

      Plaintiff-Relator, having filed a notice of voluntary dismissal without prejudice and without costs or fees, and the United States having consented to the same in writing, it is hereby ORDERED that this matter shall be and hereby is dismissed without prejudice and without costs or fees.

Dated:      White Plains, New York
               May 13, 2025

                                                      _____
                                                      Hon. Philip M. Halpern
                                                      United States District Judge